STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

David Scott Rainwater
Taylor, Wellons, Politz
8550 United Plaza Blvd, #101
Baton Rouge LA 70809

Rachel L. Kovach
Taylor, Wellons, Politz
8550 United Plaza Blvd., #101
Baton Rouge LA 70809

J. Jacob Chapman
Taylor, Wellons,Politz & Duhe
8550 United Plaza Blvd Ste 101
Baton Rouge LA 70809

Paula M. Wellons
Taylor, Wellons, Politz
1515 Poydras Street, Ste 1900
New Orleans LA 70112

**REHEARING ACTION: March 13, 2019**

**Docket Number: 17   00896-CA**
**HAROLD FILS**
**VERSUS**
**STARR INDEMNITY & LIABILITY INSURANCE CO., ET AL.**

**Appealed from Lafayette Parish Case No. 20154212**

**BEFORE JUDGES:**

**Hon. Sylvia R. Cooks**
**Hon. Billy Howard Ezell**
**Hon. D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing and the request for en banc rehearing filed by **Starr Indemnity & Liability**

**Company** have this day been

**DENIED.**

cc: Kenneth Patrick Haines, Amicus Counsel
    George Andrew Veazey, Amicus Counsel
    David Thomas Butler, Jr., Counsel for the Appellee
    Brenda Sibille Piccione, Counsel for the Appellant
    Barton Willis Bernard, Counsel for the Appellant
    Carl Joseph Rachal, Counsel for the Appellant
    Aaron Broussard, Counsel for the Appellant
    James Michael Garner, Counsel for the Appellee
    Peter L. Hilbert, Jr., Counsel for the Appellee
    Darnell Bludworth, Counsel for the Appellee
    James Edward Kuhn, Counsel for the Appellee
    Travis J. Turner, Counsel for the Appellee
    Theodore Lutrell Jones, Counsel for the Appellee
    Todd Alexander Rossi, Counsel for the Appellee
    Mark Daniel Mese, Counsel for the Appellee
    Troy John Charpentier, Counsel for the Appellee
    Esteban Herrera, Jr., Counsel for the Appellee
    James Rodney Chastain  Jr., Counsel for the Appellee
    Michael deBarros, Counsel for the Appellee
    Matthew C. Coman, Counsel for the Appellee
    Rebekka C. Veith, Counsel for the Appellee